UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH DAVIS,<br><br>                    Plaintiff,<br><br>       v.<br><br>CITIBANK, N.A.,<br><br>                    Defendant. | Case No. 2:25-cv-00615-KKE<br><br>**STIPULATION TO STAY CASE PENDING ARBITRATION AND ORDER** |

Plaintiff Elizabeth Davis and Defendant Citibank, N.A. (collectively, the "Parties"), by and through their respective attorneys of record, jointly stipulate and agree as follows:

1. Plaintiff will submit all her claims in this action to binding arbitration before the American Arbitration Association ("AAA") pursuant to the Citibank Card Agreement attached to the Declaration of Emily Williams as Exhibit 1;

2. Plaintiff shall initiate the arbitration within ninety (90) days of the entry of the attached proposed order; and

3. This action shall be stayed pending the completion of the binding arbitration proceeding, pursuant to 9 U.S.C. § 3 and *Smith v. Spizziri*, 601 U.S. 472, 475–76 (2024), and all deadlines in the case shall be vacated.

STIPULATION TO STAY CASE PENDING
ARBITRATION AND ORDER – 1

**BALLARD SPAHR LLP**
1420 Fifth Avenue, Suite 4200
Seattle, WA 98101-2375
Telephone: 206.223.7000
FAX: 206.223.7107

DATED: June 3, 2025

| | |
|---|---|
| SCHLANGER LAW GROUP LLP | BALLARD SPAHR LLP |
| By: *s/ Jason P. Verhagen* | By: *s/ Emily Williams* |
| Jason P. Verhagen | John S. Devlin, |
| 150 Allens Creek Road, Suite 240 | Emily Williams, |
| Rochester, New York 14618 | 1420 Fifth Avenue, Suite 4200 |
| Telephone: 212.500.6114 | P.O. Box 91302 |
| jverhagen@consumerprotection.net | Seattle, Washington 98101 |
| | Telephone: 206.223.7000 |
| | devlinj@ballardspahr.com |
| | williamsea@ballardspahr.com |
| *Attorney for Plaintiff Elizabeth Davis* | *Attorneys for Defendant Citibank N.A.* |

I certify that this memorandum contains 121 words, in compliance with the Local Civil Rules.

STIPULATION TO STAY CASE PENDING ARBITRATION AND ORDER – 2

**BALLARD SPAHR LLP**
1420 Fifth Avenue, Suite 4200
Seattle, WA 98101-2375
Telephone: 206.223.7000
FAX:206.223.7107

**ORDER**

It is so ORDERED.

The initial case deadlines are STRICKEN. Dkt. No. 11.

The parties are instructed to file a joint status report within 10 days of completion of arbitration informing the Court of the status of this action and whether any claims remain for disposition.

DATED this 3rd day of June 2025.

*Kymberly K. Evanson*
_____
Kymberly K. Evanson
United States District Judge

STIPULATION TO STAY CASE PENDING
ARBITRATION AND ORDER – 3

**BALLARD SPAHR LLP**
1420 Fifth Avenue, Suite 4200
Seattle, WA 98101-2375
Telephone: 206.223.7000
FAX:206.223.7107